UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MICHAEL MCELFRESH, :
:
Plaintiff, :
: 22-CV-4480 (JMF)
-v- :
: ORDER
NEW YORK LIFE INSURANCE COMPANY, :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Upon reflection, the pretrial conference is RESCHEDULED to **September 1, 2022**, at 2:30 p.m. The call-in information remains the same. *See* ECF No. 12.

SO ORDERED.

Dated: August 26, 2022
New York, New York

_____
JESSE M. FURMAN
United States District Judge