```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MICHAEL MCELFRESH,                                                   :
                                                                     :
                              Plaintiff,                             :
                                                                     :        22-CV-4480 (JMF)
              -v-                                                    :
                                                                     :             ORDER
NEW YORK LIFE INSURANCE COMPANY,                                     :
                                                                     :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- The parties shall file a joint letter within **two weeks from the date of today's Order** indicating whether:

    o The parties agree that venue is improper in the Southern District of New York, and if so, including a stipulation and proposed order for transfer;

    o The parties agree that venue is proper in the Southern District of New York; or

    o The parties disagree as to whether venue in this District is proper, and if so, including a proposed briefing schedule to address the issue.

- Defendant shall produce the Administrative Record to Plaintiff within **two weeks from the date of today's Order**.

- Assuming the case remains in the Southern District of New York, within **two weeks after the production of the administrative record**, the parties shall submit a joint letter that includes the following:

    o Whether there is a need or basis for limited discovery beyond the Administrative Record and, if so, whether there is any disagreement as to its scope and proposing a schedule for its production;

    o If no discovery is necessary, the parties shall propose a briefing schedule for motions for judgment on the pleadings that minimizes the number and page length of brief — that is, where one side files an initial motion; the other side files a cross-motion, supported by a single, consolidated memorandum of law

in support of the cross motion and in opposition to the initial motion; the initial moving party files a single, consolidated memorandum of law in reply and in opposition to the cross-motion; and the cross-moving party files a reply;

- o What, if anything, the Court can do to facilitate settlement, including referring the parties to a magistrate judge or the court-annexed mediation program.

SO ORDERED.

Dated: September 1, 2022
New York, New York

_____
JESSE M. FURMAN
United States District Judge