IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL MCELFRESH<br><br>    Plaintiff(s),<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY ,<br><br>    Defendant(s). | Civil Action No. 22-4480<br><br>Judge Jesse M. Furman |

**JOINT MOTION FOR EXTENSION OF STAY**

    Pursuant to the Court's Order on October 6, 2022, ordering a stay of the case a status update is due from the Parties on January 3, 2023.  The Parties ask the Court to extend the stay for sixty (60) days to allow the Defendant to properly consider Plaintiff's appeal and for any review of new evidence generated by Defendant.

    For the reasons stated above, the parties respectfully request the aforementioned extension of the current stay.

Application GRANTED.  The parties are directed to provide a status update on or before **March 6, 2023**.  The Clerk of Court is directed to terminate ECF No. 23.

SO ORDERED.

*[signature]*

January 4, 2023

Respectfully submitted this 3rd day of January, 2023.

                                BY:    */s/ Audrey Dolmovich*
                                             Audrey Dolmovich (TN #035972)
                                             414 McCallie Avenue
                                             Chattanooga, TN 37402
                                           T: (423) 634-2506
                                           adolmovich@buchanandisability.com

                                           *Motion for pro hac vice pending*

                                           Attorneys for Plaintiff


                                BY:    */s/ Kevin G. Horbatiuk*
                                           Kevin G. Horbatiuk, Esq.
                                           33 Whitehall Street, 16th Floor
                                           New York, New York
                                           Telephone: (212) 482-0001
                                           khorbatiuk@russogold.com
                                           Attorneys for Defendant